AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUN 0 3 2015

Clerk of Court

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| Daniel Deciga | ) |
|  | ) M-15-0885-M |
| _____ | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 2, 2015 _____ in the county of _____ Hidalgo _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possess with the intent to distribute a controlled substance/approximately 11.12 kilograms of cocaine, a schedule II controlled substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:

See "Attachment B"

☑ Continued on the attached sheet.

_____
Complainant's signature

Derek Lacina Special Agent, HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 06/03/2015 _____

_____
Judge's signature

City and state: _____ McAllen, TX _____

Dorina Ramos, U.S. Magistrate Judge
_____
Printed name and title

Attachment A

On June 2, 2015, Daniel DECIGA attempted to make entry into the United States from Mexico
through the Hidalgo Port of Entry (POE) in Hidalgo, TX driving a Chevrolet Malibu bearing
Texas license plate DFV1837.  During an inspection of the vehicle, Customs and Border
Protection Officers (CBPOs) discovered approximately 11.12 kilograms of cocaine concealed in
front driver and passenger side door panels.  A Homeland Security Investigation (HSI), Special
Agent (SA) and HSI Task Force Officer (TFO) subsequently arrived at the Hidalgo POE to
interview DECIGA.  DECIGA was given a copy of his Statement of Rights and waived those
rights verbally and in writing.  DECIGA voluntarily stated that the Chevrolet Malibu which he
was driving today belonged to him.  He stated that he knew he was transporting cocaine into the
U.S., however he would not tell agents who gave him the cocaine nor where the cocaine was
going due to the fact that he was afraid for his family's safety in Mexico.  DECIGA stated that
this was the first time that he has smuggled cocaine into the U.S. and he was being paid
approximately $4,000 to do so.